[No. 4522–6–III.  Division Three.  June 28, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN BAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 6918, B. E. Kohls, J., entered April 16, 1981. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green and McInturff, JJ.

[No. 5120–0–III.  Division Three.  June 28, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK GARCIA, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Grant County, No. 4788, Clinton J. Merritt, J., entered March 12, 1982. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, C.J., and McInturff, J.

[No. 5221–4–III.  Division Three.  June 28, 1983.]

*In the Matter of the Arbitration of* LIBERTY LAKE SEWER DISTRICT NO. 1 *and* LIBERTY LAKE UTILITIES COMPANY, INC.

Appeal from a judgment of the Superior Court for Spokane County, No. 81–2–01157–2, Michael E. Donohue, J., entered November 10, 1981. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Munson, J.

[No. 5284–2–III.  Division Three.  June 28, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH M. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 82–1–00015–1, James D. Kendall, J., entered June 18, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Green, J.